El Pueblo de Puerto Rico, demandante y apelado, *v.* Justino Rohena, acusado y apelante.

Núm. 6720.—*Sometido:* Noviembre 4, 1937. *Resuelto:* Noviembre 22, 1937.

C. *Iriarte* y *Héctor González Blanes,* abogados del apelante; *R. A. Gómez, Fiscal,* y *Luis Janer, Fiscal Auxiliar,* abogados de El Pueblo, apelado.

El Juez Asociado Señor Travieso emitió la opinión del tribunal.

Justino Rohena fué acusado de un delito de abandono de menores, consistente en haber dejado de proveer a su alegada hija María Antonia del indispensable alimento, vestuario y asistencia médica, sin excusa legal justificativa

de tal abandono.   Alegó el acusado en su defensa que él no es el padre de la mencionada joven.   La Corte de Distrito de San Juan le declaró culpable y le condenó a la pena de quince días de cárcel, pero dejándola en suspenso mientras el acusado pase un semanal de $1.50 a su alegada hija.   El acusado apeló, imputando a la corte inferior el error de haber declarado en su sentencia que el acusado es padre natural de la menor, sin que la filiación hubiese sido reconocida por documento indubitado del acusado o se hubiese establecido de antemano mediante acción para el reconocimiento de la menor como hija natural del acusado.

La contención principal del apelante es la de que ninguna persona puede ser convicta del delito de abandono de menores (Art. 263, Código Penal) si la relación de padre e hijo natural, entre el acusado y el menor, no ha sido establecida previamente por sentencia dictada en el correspondiente pleito de filiación.

No estamos conformes con la contención del apelante. El hecho de la paternidad, o sea la relación de padre e hija que pudiera existir entre el acusado y la menor María Antonia, es un hecho que pudo ser establecido dentro de este procedimiento criminal.   Véanse: Artículos 128 y 129 del Código Civil (1930).

En el caso de autos, la prueba aducida por el fiscal consistió en la declaración de la madre de la menor y en la de ésta.   Dichas declaraciones son claramente insuficientes para establecer la filiación de la menor María Antonia como hija del acusado.

Convenimos con el Fiscal en que el récord ante nos no presenta un caso del cual surja la culpabilidad del acusado como un hecho establecido fuera de toda duda razonable.

*Debe revocarse la sentencia apelada.*

El Juez Asociado Señor Wolf está conforme con el resultado.*

El Juez Asociado Señor Córdova Dávila no intervino.

---

* NOTA:  Véase el prefacio.